Curtis Louis SANGSTER,
Petitioner-Appellant,

v.

WAKE COUNTY DETENTION
CENTER, Respondent-
Appellee.

No. 16-7773

United States Court of Appeals,
Fourth Circuit.

Submitted: April 25, 2017

Decided: April 28, 2017

Curtis L. Sangster, Appellant Pro Se.

Before MOTZ, DUNCAN, and AGEE,
Circuit Judges.

Dismissed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Curtis Louis Sangster, a state pretrial
detainee, seeks to appeal the district
court's order accepting the recommenda-
tion of the magistrate judge and dismiss-
ing without prejudice his 28 U.S.C. § 2241
(2012) petition. The order is not appealable
unless a circuit justice or judge issues a
certificate of appealability. 28 U.S.C.
§ 2253(c)(1)(A) (2012). A certificate of ap-
pealability will not issue absent "a substan-
tial showing of the denial of a constitution-
al right." 28 U.S.C. § 2253(c)(2) (2012).
When the district court denies relief on the
merits, a prisoner satisfies this standard
by demonstrating that reasonable jurists
would find that the district court's assess-
ment of the constitutional claims is debata-
ble or wrong. *Slack v. McDaniel*, 529 U.S.
473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); *see Miller-El v. Cockrell*, 537 U.S.
322, 336-38, 123 S.Ct. 1029, 154 L.Ed.2d
931 (2003). When the district court denies
relief on procedural grounds, the prisoner
must demonstrate both that the dispositive
procedural ruling is debatable, and that
the petition states a debatable claim of the
denial of a constitutional right. *Slack*, 529
U.S. at 484-85, 120 S.Ct. 1595.

We have independently reviewed the
record and conclude that Sangster has not
made the requisite showing. Accordingly,
we deny a certificate of appealability and
dismiss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before this court and argument
would not aid the decisional process.

*DISMISSED*